STATE OF NEW JERSEY v. VINCENT CHAPMAN.

September 27, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DONNIEL MONROE.

September 27, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SIGFREDO CAMPOS.

September 27, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONARDO GARCIA.

September 27, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID CLIFFORD.

September 27, 1988.

Petition for certification denied.